THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 Samantha R. and Jamie P., Defendants,
 Of whom Samantha R. is the, Appellant.
 In the interest of a child under the age of eighteen years.
 
 
 

Appeal From Dorchester County
 William J. Wylie, Jr., Family Court Judge

Unpublished Opinion No. 2011-UP-378   
 Submitted July 1, 2011  Filed July 25,
2011

AFFIRMED

 
 
 
 William R. Hearn, Jr., of Summerville, for Appellant.
 Graves H. Wilson, Jr., of Summerville, for Respondent.
 Amanda Davis McKendrick, of Charleston, for Guardian ad Litem.
 
 
 

PER CURIAM: Samantha R. appeals from the family court's final order terminating her parental
 rights to her minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family court's
 ruling. 
AFFIRMED.[1]
WILLIAMS and GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.